IN RE LEWIS.

[Cite as *In re Lewis*, 2025-Ohio-5154.]

(No. 2025-0392—Submitted November 12, 2025—Decided November 14, 2025.)

ON NOTICE OF REMOVAL OF DEFAULT CHILD-SUPPORT ORDER.

_____

{¶ 1} On March 21, 2025, this court suspended respondent, Matthew Merritt Lewis, for an interim period pursuant to Gov.Bar R. V(18)(A)(4). On November 12, 2025, the Board of Professional Conduct submitted a notice pursuant to Gov.Bar R. V(18)(D)(1)(c) notifying this court that respondent no longer was in default of the child-support order previously submitted to the court.

{¶ 2} On consideration thereof, it is ordered by the court that pursuant to Gov.Bar R. V(18)(D)(1), respondent, Matthew Merritt Lewis, Attorney Registration No. 0092816, last known business address in Canfield, Ohio, is reinstated to the practice of law.

{¶ 3} It is further ordered that pursuant to Gov.Bar R. V(18)(D)(2), reinstatement of respondent shall not terminate any pending disciplinary proceedings against respondent.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *In re Lewis*, 2025-Ohio-977.

KENNEDY, C.J., and FISCHER, DEWINE, BRUNNER, DETERS, HAWKINS, and SHANAHAN, JJ., concur.

_____